*UNITED STATES DISTRICT COURT SOUTHERN INDIANA*

PATTON, TRACY -VS- NOVARTIS CONSUMER HEALTH INC          NA02-C-0047 -H/H

| FILED | CLOSED | NATR SUIT | JURY? | DEMAND ($1000) | JUDGE | MAGISTRATE |
|---|---|---|---|---|---|---|
| 05/26/04 | N/A | 365 | Y | 0 | HAMILTON | HUSSMANN |

**CAUSE:** TORTS-PERSONAL INJURY; Personal Injury - Product Liability

PATTON, TRACY
plaintiff

**GREGORY J BUBALO**
BECKER LAW OFFICE PLLC
800 BROWN & WILLIAMSON TOWER
LOUISVILLE, KY 40202
(502)581-1122
**JAMES D. GOTZ**
ROBINSON & COLE LLP
ONE BOSTON PLACE
BOSTON, MA 02108
(617)557-5900
**H. BISSELL CAREY III**
ROBINSON & COLE LLP
ONE BOSTON PLACE
BOSTON, MA 02108
(617)557-5900
**STEVEN B. ROTMAN**
ROBINSON & COLE LLP
ONE BOSTON PLACE
BOSTON, MA 02108
(617)557-5900
**PAULA S. BLISS**
ROBINSON & COLE LLP
ONE BOSTON PLACE
BOSTON, MA 02108
(617)557-5900

**V.**
NOVARTIS CONSUMER HEALTH INC
defendant

**SALLY F ZWEIG**
KATZ & KORIN PC
334 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204
(317)464-1100
**CYNTHIA L KENDRICK**
SPRIGGS & HOLLINGSWORTH
1350 I STREET NW
NINTH FLOOR
WASHINGTON, DC 20005

(202)898-5800

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 03/14/02 | 1 | COMPLAINT eod 03/15/02 [KTK] |
| 03/14/02 | = | DEMAND FOR JURY TRIAL - PLTF eod 03/15/02 [KTK] |
| 03/14/02 | 2 | NOT OF SUIT & REQ FOR WAIVER OF SERV FOR SUMMONS SUPPLIED by pltf's counsel eod 03/15/02 [KTK] |
| 03/14/02 | 3 | CIVIL COVER SHEET eod 03/15/02 [KTK] |
| 03/14/02 | 4 | MAGISTRATE'S NOTICE & CONSENT issued eod 03/15/02 [KTK] |
| 03/14/02 | 5 | NOTICE - Instruction for Preparing CMP given pltf's counsel eod 03/15/02 [KTK] |
| 03/14/02 | 6 | RECEIPT #277, $150.00 filing fee eod 03/15/02 [KTK] |
| 03/25/02 | 7 | LETTER re: possible tag-along action to MDL 1407 - DEFT eod 03/27/02 [KTK] |
| 03/29/02 | 8 | WAIVER OF SERVICE OF SUMMONS SERVED ON AND RET'D BY Lori B Leskin, counsel for deft Novartis, signed 3/19/02 eod 03/29/02 [KTK] |
| 05/28/02 | 9 | NOTICE from MDL re: conditional tranfer order (CTO-15) under docket no. 1407. Order does not become effective until it is filed in USDC, WDofWA eod 05/28/02 [KTK] |
| 06/17/02 | 10 | CLOSED Transfer to MDL 1407, W D of Washington, Seattle, Cause No. CV 02-1168 eod 06/17/02 [KTK] |
| 06/17/02 | 11 | NOTICE - pleadings & certified copy of docket sheet sent to USDC, W D of Washington, Seattle, c/s eod 06/17/02 [KTK] |
| 08/01/02 | 12 | NOTICE - TR pleadings received in USDC, W D of Washingtion, Seattle, 5/31/02 eod 08/02/02 [KTK] |
| 04/07/03 | 13 | APPEARANCE of Sally Franklin Zweig, KATZ & KORIN PC, c/s DEFT eod 04/07/03 [BJS] |
| 02/09/04 | 14 | NOTICE OF CHANGE of Address effective 2/23/2004, by Sally Franklin Zweig, c/s - DEFT eod 02/09/04 [KTK] |

| Date | No. | Description |
|---|---|---|
| 03/16/04 | 15 | NOTICE of suggestion of remand order. This case will not benefit from further coordinated proceedings as part of MDL 1407, and is ready to be remanded to the respective transferor court (Barbara Jacobs Rothstein, USD Judge, Western District of Washington at Seattle), c/m eod 03/16/04 [KTK] |
| 05/24/04 | 16 | NOTICE - following received from USDC, WDofW, Seattle Office: 1) certified copy of Conditional Remand Order; 2) cerfified copy of docket sheet, including documents in 4:02-47, part of which are in paper form and part of which are on disk; 3) certified copy of MDL 1407 docket sheet on disk without accompanying documents; & 4) separate disk containng the attachments to the pretrial order, which is included as part of (2) above. eod 05/26/04 [KTK] |
| 05/24/04 | 0 | REOPEN on return from USDC, W D of Washington, Seattle Division. eod 05/26/04 [KTK] |
| 06/07/04 | 17 | ORDER ASSIGNS CONF (TELEPHONIC) to 08/02/04 at 11:00AM Room 328 (WGH) c/m eod 06/07/04 [TMD] |
| 07/06/04 | 18 | MOTION PRO HAC VICE by James D Gotz, c/s - PLTF eod 07/08/04 [KTK] |
| 07/06/04 | 19 | MOTION PRO HAC VICE by H Bissell Carey, III, c/s - PLTF eod 07/08/04 [KTK] |
| 07/06/04 | 20 | MOTION PRO HAC VICE by Paula S Bliss, c/s - PLTF eod 07/08/04 [KTK] |
| 07/08/04 | 21 | RECEIPT #401-1011, $30.00, PHV, James D Gotz eod 07/08/04 [KTK] |
| 07/08/04 | 22 | RECEIPT #401-1012, $30.00, PHV, H Bissell Carey, III. eod 07/08/04 [KTK] |
| 07/08/04 | 23 | RECEIPT #401-1013, $30.00, PHV, Paula S Bliss. eod 07/08/04 [KTK] |
| 07/15/04 | 24 | MOTION PRO HAC VICE by Steven B Rotman with Affidavit in Support, c/s - PLTF eod 07/15/04 [KTK] |
| 07/15/04 | 25 | RECEIPT #401-1022, $30.00, PHV, Steven B Rotman eod 07/15/04 [KTK] |
| 07/16/04 | 26 | ORDER GRANTING PHV Motion - James D. Gotz. eod 07/16/04 [SL] |
| 07/16/04 | 27 | ORDER GRANTING PHV Motion - H. Bissell Carey, III. eod 07/16/04 |

|          |     |                                                                                                                                               |
|----------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------|
|          |     | [SL]                                                                                                                                          |
| 07/16/04 | 28  | ORDER GRANTING PHV Motion - Paula S. Bliss. eod 07/16/04 [SL]                                                                                 |
| 07/16/04 | 29  | ORDER GRANTING PHV Motion - Steven B. Rotman. eod 07/16/04 [SL]                                                                               |
| 07/29/04 | 30  | APPEARANCE of Michael T. Batt of Katz & Korin on behalf of defendant. c/s eod 07/29/04 [CEB]                                                  |
| 07/29/04 | 31  | MOTION PRO HAC VICE of Cynthia L. Kendrick, Katharine R. Latimer and Traci M. Vanek to appear on behalf of defendant. c/s eod 07/29/04 [CEB]  |
| 07/29/04 | 32  | RECEIPT # 104-2083 in the amount of $90.00 for three pro hac vice filing fees. eod 07/29/04 [CEB]                                             |
| 07/30/04 | 33  | ORDER grants motion of Cynthia L. Kendrick, Katharine R. Latimer and Traci M. Vanek to appear pro hac vice on behalf of defendant. DFH c/m eod 07/30/04 [CEB] |
| 08/10/04 | 34  | ORDER on telephonic stat conf held 8/02/04; eod 08/12/04 [TMD]                                                                                |
| 08/10/04 | =   | ORDER ASSIGNS CONF to 02/03/05 at 01:00PM Room 228 (WGH) c/m eod 08/12/04 [TMD]                                                               |
| 08/10/04 | =   | ORDER ASSIGNS JURY TRIAL to 11/07/05 at 01:30PM Room 200 (DFH) c/m eod 08/12/04 [TMD]                                                         |