UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| TRACY PATTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:02-cv-00047-DFH-WGH |
| | ) | |
| NOVARTIS CONSUMER HEALTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM IN SUPPORT OF JOINT MOTION TO (1) STAY *DAUBERT* AND SUMMARY JUDGMENT MOTIONS BRIEFING DATES PENDING RESOLUTION OF PENDING MOTIONS REGARDING EXPERT DISCOVERY ISSUES, AND (2) SET BRIEFING SCHEDULE FOR PENDING MOTIONS</u>**

Defendant, Novartis Consumer Health, Inc. ("NCH"), and Plaintiff, Tracy Patton, respectfully submit this Memorandum in Support of Joint Motion to (1) Stay *Daubert* and Summary Judgment Motions Briefing Dates Pending Resolution of Pending Motions Regarding Expert Discovery Issues, and (2) Set Briefing Schedule For Pending Motions. There are three pending motions, the outcome of which will impact what opinions the parties' causation experts will be allowed to provide and how much additional expert deposition discovery will be necessary.

On May 23, 2005, NCH filed its Motion (1) For Additional Time To Depose Dr. Michael Horowitz and (2) To Exclude Opinions and Bases For Opinions Not Disclosed In Dr. Horowitz's Expert Report (Exhibit ("Ex.") A). The motion seeks additional deposition time with plaintiff's only specific causation expert, Dr. Horowitz, production of certain documents by Dr. Horowitz, and exclusion of certain opinions and bases for opinions. On May 24, 2005, NCH filed its Motion To Strike Plaintiff's "Rebuttal" Expert Reports (Ex. B). This motion seeks to strike three

expert "rebuttal" reports recently submitted by plaintiff.  Also on May 24, 2005, plaintiff filed its Motion To Strike or, In the Alternative, For Protective Order Regarding Certain Of Defendant's Designated Experts On General and Specific Causation (Ex. C).  This motion seeks to reduce the number of experts NCH can name and to require amended expert reports from NCH's experts.  Lastly, should the presently ongoing meet and confer process not result in a resolution, plaintiff also intends to file an additional motion prior to June 3, 2005 seeking to strike the disclosure by NCH of the Yale Study investigators as experts and to require the disclosure of additional information related to NCH's remaining disclosed experts.  *See id.* at 2, n.2

NCH's *Daubert* and summary judgment briefs are due June 1, 2005, plaintiff's opposition briefs are due July 1, 2005, and NCH's reply briefs are due July 18, 2005.  *See* 2/24/05 Order on Agreed Motion to Extend Certain Expert Discovery Deadlines (Ex. D).  Trial is set in this case to begin on November 7, 2005.  *See id.*; 8/12/04 Scheduling Order (Ex. E).  In light of the current uncertainty regarding the allowable scope of the parties' experts' opinions and the possibility that further expert discovery will take place, the parties seek a stay of the *Daubert* and summary judgment briefing dates pending resolution of the parties' three pending motions and any other expert-related motion filed on or before June 3, 2005.[1]  This Court has the discretion to modify its Scheduling Order where, as here, good cause has been shown.  *See* Federal Rule of Civil Procedure 16(b).

The parties also request that the briefing schedule for the three motions discussed above (Exs. A, B, and C), as well as any other expert-related motion filed on or before June 3, 2005, be as follows:  answer briefs due July 1, 2005; and reply briefs (limited to no more than 10 pages in length) due July 18, 2005.

---

[1] The parties request that the Court set a short telephonic status conference to discuss a new schedule following resolution of these motions.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that their Joint Motion to (1) Stay *Daubert* and Summary Judgment Motions Briefing Dates Pending Resolution of Pending Motions Regarding Expert Discovery Issues, and (2) Set Briefing Schedule For Pending Motions be granted.

Respectfully submitted,

s/Cynthia L. Kendrick
Katharine R. Latimer
Cynthia L. Kendrick
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, DC 20005


s/Sally Franklin Zweig
Sally Franklin Zweig
Katz & Korin, P.C.
The Emelie Building
334 North Senate Avenue
Indianapolis, IN 46204-1708

Randolph S. Sherman
Lori Leskin
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3595

*Counsel for Defendant,*
*Novartis Consumer Health, Inc.*

s/H. Bissell Carey, III
Alex H. MacDonald
H. Bissell Carey, III
Steven B. Rotman
James Gotz
Paula Bliss
Robinson & Cole LLP
One Boston Place
Boston, MA. 02108-4404

*Counsel for Plaintiff,*
*Tracy Patton*

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2005, a copy of the foregoing **MEMORANDUM IN SUPPORT OF JOINT MOTION TO (1) STAY DAUBERT AND SUMMARY JUDGMENT MOTIONS BRIEFING DATES PENDING RESOLUTION OF PENDING MOTIONS REGARDING EXPERT DISCOVERY ISSUES, AND (2) SET BRIEFING SCHEDULE FOR PENDING MOTIONS** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

| | |
|---|---|
| Cynthia Kendrick (Novartis) Spriggs Hollingsworth | ckendrick@spriggs.com |
| H. Bissell Carey, II (Pltf) Robinson Cole, LP | tcarey@rc.com |
| Kristopher Kazmierczak (Novartis) Katz & Korin, PC | kkaz@katzkorin.com |
| Paula S. Bliss (Pltf) Robinson Cole, LP | pbliss@rc.com |
| Sally F. Zweig (Novartis) Katz & Korin, PC | szweig@katzkorin.com |
| Traci M. Richmond (Novartis) Spriggs Hollingsworth | trichmond@spriggs.com |
| Donald McMinn (Novartis) Spriggs Hollingsworth | dmcminn@spriggs.com |

I hereby certify that on the 25th day of May, 2005, a copy of the foregoing **MEMORANDUM IN SUPPORT OF JOINT MOTION TO (1) STAY DAUBERT AND SUMMARY JUDGMENT MOTIONS BRIEFING DATES PENDING RESOLUTION OF PENDING MOTIONS REGARDING EXPERT DISCOVERY ISSUES, AND (2) SET BRIEFING SCHEDULE FOR PENDING MOTIONS** was mailed, by first-class U.S. Mail, postage pre-paid and properly addressed to the following:

Steven B. Rotman  
James D. Gotz  
Robinson & Cole, LLP  
One Boston Place  
Boston, MA  02108-4404  

*Counsel for Plaintiff, Tracy Patton*

Gregory J. Bubalo, Esq.  
Bubalo & Hiestand, PLC  
800 Brown & Williamson Tower  
401 South Fourth Street; Suite 800  
Louisville, KY  40202  

*Counsel for Plaintiff, Tracy Patton*

s/Sally Franklin Zweig  
Sally Franklin Zweig

Katz & Korin, P.C.  
The Emelie Building; 334 North Senate Avenue  
Indianapolis, IN  46204-1708  
317/464-1100; 317/464-1111 Fax  
E-Mail:  szweig@katzkorin.com